B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14−26744**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lance W. Washington
   5544 S. Honore Street
   Chicago, IL 60636

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5374

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                    FOR THE COURT

Dated: March 10, 2015                               Jeffrey P. Allsteadt, Clerk
                                                    United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                     Case No. 14-26744-JPC
Lance W. Washington                                        Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: admin             Page 1 of 2              Date Rcvd: Mar 10, 2015
                              Form ID: b18            Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2015.
```
db          +Lance W. Washington,    5544 S. Honore Street,    Chicago, IL 60636-1113
22211820    +Bank of America, N.A.,    c/o The Wirbicki Law Group, LLC,    33 W. Monroe St., Ste.1140,
              Chicago, IL 60603-5332
22536539    +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    Mail Stop CA6-919-01-23,   400 National Way,
              Simi Valley, CA 93065-6414
22184348     Berkley Vacation Resorts,    PO Box 29352,   Phoenix, AZ 85038-9352
22184355    +Davidson Mark S,    180 N LaSalle #619,    Chicago, IL 60601-2507
22184356     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22184357    +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22184358    +First American Financial Corporation,    Stahl Cowen,   55 W. Monroe St.,,   Suite 1200,
              Chicago, IL 60603-5127
22184361    +Navy Federal Credit Union,    Po Box 3700,    Merrifield, VA 22119-3700
22184363    +Pellettieri Hennings PC,    155 Revere Drive,    Northbrook, IL 60062-1558
22184364    +Stahl Cowen Crowley LLC,    55 W Monroe #1200,    Chicago, IL 60603-5127
22184365    +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22354905    +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,   Phoenix, AZ 85038-9482
22184366    +Wirbicki Law,    33 W. Monroe #1140,   Chicago, IL 60603-5332
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QPVMARTINO.COM Mar 11 2015 01:08:00     Philip V Martino, ESQ,    Quarles & Brady,
              300 N. LaSalle,    Suite 4000,   Chicago, IL 60654-5427
22184346    +EDI: BANKAMER.COM Mar 11 2015 01:08:00      Bank of America,    P.O. Box 851001,
              Dallas, TX 75285-1001
22184347    +EDI: BANKAMER2.COM Mar 11 2015 01:08:00      Bank of America, N.A. *,    401 N. Tryon Street,
              NC1-021-02-20,    Charlotte, NC 28255-0001
22184349    +EDI: CAPITALONE.COM Mar 11 2015 01:08:00      Capital One Bank,    Attn: Bankruptcy Department,
              Po Box 30285,    Salt Lake City, UT 84130-0285
22184350    +EDI: AIS.COM Mar 11 2015 01:08:00     Capital One, N.A. *,    c/o American Infosource,
              P.O Box 54529,    Oklahoma City, OK 73154-1529
22184351    +EDI: CAPITALONE.COM Mar 11 2015 01:08:00      Capital One, N.A.*,    1680 Capital One Drive,
              Mc Lean, VA 22102-3407
22184352    +E-mail/Text: rdavis@cpdfcu.com Mar 11 2015 01:26:04     Chicago Patrolmans Federal Credit Union,
              Attn:Member Services,    1407 W Washington Blvd,    Chicago, IL 60607-1820
22184354    +E-mail/Text: legalcollections@comed.com Mar 11 2015 01:27:38     Comed,    Po Box 6111,
              Carol Stream, IL 60197-6111
22184353    +E-mail/Text: legalcollections@comed.com Mar 11 2015 01:27:38     Comed,    Po Box 87522,
              Chicago, IL 60680-0522
22391439    +E-mail/Text: legalcollections@comed.com Mar 11 2015 01:27:38     Commonwealth Edison Company,
              3 Lincoln Center,    Attn: Bankruptcy Department,    Oakbrook Terrace, IL 60181-4204
22184359    +EDI: RMSC.COM Mar 11 2015 01:08:00     GE Capital Retail Consumer Finance,    1600 Summer Street,
              Fifth Floor,    Stamford, CT 06905-5125
22184360     EDI: IRS.COM Mar 11 2015 01:08:00     Internal Revenue Service,    Department of Treasury,
              PO Box 219236,    Kansas City, MO 64121
22276215    +EDI: NFCU.COM Mar 11 2015 01:08:00      NAVY FEDERAL CREDIT UNION,    PO BOX 3000,
              MERRIFIELD, VA 22119-3000
22711078     EDI: PRA.COM Mar 11 2015 01:08:00     Portfolio Recovery Associates, LLC,
              successor to CAPITAL ONE, NA,    (CAPITAL ONE),   PO Box 41067,    Norfolk, VA 23541
22711023     EDI: PRA.COM Mar 11 2015 01:08:00     Portfolio Recovery Associates, LLC,
              successor to CAPITAL ONE, NA,    (CAPITAL ONE/HSBC),    PO Box 41067,   Norfolk, VA 23541
22735069     EDI: PRA.COM Mar 11 2015 01:08:00     Portfolio Recovery Associates, LLC,
              successor to SYNCHRONY BANK,    (AMAZON.COM STORE CARD),    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22641036*   +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    Mail Stop CA6-919-01-23,   400 National Way,
              Simi Valley, CA 93065-6414
22760732*   +Bank of America, N.A.,    c/o The Wirbicki Law Group, LLC,    33 W. Monroe St., Ste.1140,
              Chicago, IL 60603-5332
22184362*   +Navy Federal Credit Union,    P.O. Box 3700,    Merrifield, VA 22119-3700
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: admin              Page 2 of 2              Date Rcvd: Mar 10, 2015
                               Form ID: b18             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2015 at the address(es) listed below:
              Michael  Dimand    on behalf of Creditor    BANK OF AMERICA, N.A. mdimand@aol.com,
               bankruptcyfilings@wirbickilaw.com
              Nathan C Volheim    on behalf of Debtor Lance W. Washington courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick M. Jones    on behalf of Creditor    First American Title Insurance Co.
               pjones@stahlcowen.com,    TDeacon@stahlcowen.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
                                                                                             TOTAL: 5
```